IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICARDO REVILLA, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| V. | : : | CASE NO.: 1:17-cv-7312 |
| RAILWORKS TRACK SERVICES, INC., | : : : | JUDGE SUSAN E. COX |
| Defendant. | : : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Revilla, by and through undersigned counsel, hereby gives notice of his voluntarily dismissal of this case without prejudice.

Dated: October 31, 2017             Respectfully submitted,


/s/ *Jason T. Brown*
Jason T. Brown
JTB LAW GROUP, LLC
jtb@jtblawgroup.com
500 North Michigan Avenue
Suite 600
Chicago, IL 60611
Tel: (877) 561-0000
Fax: (855) 582-5297

*(Local Counsel)*


*Attorneys for Plaintiff*

          */s/ Trent R. Taylor*
          Trent R. Taylor (*pro hac vice* pending)
          Robert E. DeRose (*pro hac vice* pending)
          **BARKAN MEIZLISH HANDELMAN**
          **GOODIN DEROSE WENTZ, LLP**
          250 E. Broad St., 10th Floor
          Columbus, Ohio 43215
          Telephone: (614) 221-4221
          Fax: (614) 744-2300
          Email: ttaylor@barkanmeizlish.com
                  bderose@barkanmeizlish.com

          *(Lead Counsel)*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this October 31, 2017, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's e-Filing System.

          */s/ Jason T. Brown*
          Jason T. Brown